UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-08306-SVW-RAO | Date | December 15, 2015 |
|---|---|---|---|
| Title | Constance Gentry v. Deutsche Bank National Trust Company et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER DISCHARGING OSC

The Court, on December 2, 2015, issued an order to show cause why this action should not be dismissed for lack of prosecution.

Default having been requested and entered against defendant Deutsche Bank National Trust Company, the Court's Order to Show is DISCHARGED.

                                                                                             :
                                                       Initials of Preparer            PMC