Mark V. Asdourian, Esq. (State Bar No. 123688)
Jamie L. Ackerman, Esq. (State Bar No. 258457)
MARK V. ASDOURIAN, PLC
4675 MacArthur Court, Suite 490
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301
www.asdourianlaw.com

Attorneys for Defendant,
WMC Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Constance Gentry,<br><br>    Plaintiff,<br><br>vs.<br><br>Deuteche Bank National Truat Company, Securitized Asset Backed Receivables LLC; HomeE1 Servicing; Ocwen Loan Servicing, LLC, WMC Mortgage LLC f/k/a WMC Mortgage Corporation, and DOES 1-15 inclusive,<br><br>    Defendants. | CASE NO. CV15-08306-SVW (KLSx)<br><br>JUDGE STEPHEN V. WILSON<br><br>NOTICE OF ERRATA |

///

NOTICE OF ERRATA

In accordance with the Court's January 22, 2016 Order, attached hereto as Exhibit "A" is a true and correct copy of page twenty three (23) of the complaint which was served upon WMC Mortgage, LLC on November 6, 2015.

DATED: January 22, 2016   MARK V. ASDOURIAN, PLC

By:/s/ Jamie L. Ackerman
Jamie L. Ackerman, Esq.
Attorneys for Defendant,
WMC Mortgage, LLC

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT "A"

26
27
28

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

101. In order to establish a claim of unjust enrichment, the party bringing the claim must show that another party knowingly received something of value to which he was not entitled and that it would be unjust for that other party to retain the benefit.

102. The benefit conferred on Defendant WMC was a YSP of $8,000.00 with the up-sell of the interest rate by 1.99%.

103. Defendant WMC knowingly paid and the Broker knowingly received the YSP with no disclosure of this conduct to Plaintiff.

104. Defendant paid the YSP and Broker retained the YSP. The Broker also retained all other Brokers Fees, along with other fees. WMC has retained all extra interest paid by the Plaintiff in the amount of $8,025.00.

105. Defendant WMC conduct was oppressive and fraudulent and reckless in keeping unearned and undisclosed funds from Plaintiff.

106. Plaintiff is requesting general and punitive damages against Defendant WMC and its agents and its' employees for unjustly enriching themselves at Plaintiff's expense.

## SIXTH CAUSE OF ACTION
*Fraud*

107. Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 106, inclusive, of this Complaint as though set forth fully herein.

108. The Plaintiff requested and applied for a 30 year fixed rate mortgage and was put in a non-conventional LIBOR ARM, with 50 year amortization causing a balloon payment at the closing as mentioned in the foregoing paragraphs, supra. This is a classic bait and switch tactic.

109. No early disclosures were given at all to the Plaintiff until repeated demand of upon Defendant WMC and was given years later. The Defendant had a statutory duty to speak. The Defendant and Broker did not speak under their duty, constituting fraud.

110. Loan steering without full disclosure orchestrated by the WMC/Broker and the Broker themselves. The TILA also provides consumers with the right to assert a violation of the TILA's anti-steering provisions or the ability-to-repay standards for residential mortgage loan requirements "as a matter of defense by recoupment or setoff" against a foreclosure action. In general, the amount of recoupment or setoff shall be equal to the amount that the consumer
PLAINTIFF CONSTANCE GENTRY VERIFIED COMPLAINT
-23-

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is: Mark V. Asdourian, Attorney & Counselor At Law, A Professional Corporation, 4675 MacArthur Court, Suite 490, Newport Beach, California, 92660.

    On January 22, 2016, I served a copy of the document(s) named below on the parties interested in this action.

DOCUMENT(S) SERVED:    **NOTICE OF ERRATA**

**[ ]**   By placing [ ] the original [X] a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Constance Gentry<br>44144 Catsue Place<br>Lancaster, CA 93536<br>*Via Mail* | Eric D. Houser, Esq.<br>Kaitlyn Q. ThinH, Esq.<br>Houser & Allison<br>Hthinh@houser-law.com<br>*Via NEF* |

**[X]**   **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with First Class postage, thereon fully prepaid at **Newport Beach, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]**   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s), the foregoing document(s) will be served by the court via NEF and hyperlink to the document.

**[X]**   **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **January 22, 2016,** at Newport Beach, California.

                                                 /s/Jamie L. Ackerman
                                                 Jamie L. Ackerman