1  Constance Gentry
   44144 Catsue Place
2  Lancaster, CA 93536
3  661-718-3692
   310-936-1657
4

5  *In Pro Per*

6

7                 UNITED STATES DISTRICT COURT

8          FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

10

11  Constance Gentry,                    Hon. Stephen V. Wilson

12                        Plaintiff,     Case No.: 2:15-cv-08306-SVW-RAO
13  v.

14
    Deutsche Bank National Trust
15  Company, Securitized Asset Backed
    Receivables LLC; HomeEq Servicing;   **NOTICE OF SETTLEMENT**
16  Ocwen Loan Servicing, LLC; WMC
    Mortgage LLC, f/k/a WMC Mortgage
17  Corporation, and DOES 1-15
18  inclusive,

19
                          Defendants.
20

21

22

23
    **TO THE COURT:**
24

25      In accordance with the Local Rule 40-2, Plaintiff hereby submits this Notice of Settlement

26  to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the

27  ///
28

                        NOTICE OF SETTLEMENT

1   Stipulation of Dismissal With Prejudice of the Entire Action pursuant to F.R.C.P.

2   41(a)(1)(A)(ii).

3                                        Respectfully submitted,

4

5   DATED:  February 8, 2016

6

7                                    BY:

8                                        CONSTANCE GENTRY
                                         In Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT